1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GERALDINE HOLMAN,                    )        2:10-cv-00169-HDM-PAL
                                     )
              Plaintiff,             )
                                     )
vs.                                  )        ORDER
                                     )
LOGISTICARE SOLUTIONS, LLC, et       )
al.,                                 )
                                     )
              Defendants.            )
_____)

     In her response to the defendants' motion for summary

judgment, plaintiff asks the court to strike a number of exhibits

attached to defendants' motion, asserting they are unauthenticated

and unsupported by competent, admissible evidence.  In their reply,

defendants attach an affidavit authenticating all of the disputed

exhibits, with the exception of one, which appears to have

originated with plaintiff.  Accordingly, plaintiff's request to

strike exhibits attached to defendant's motion for summary judgment

is denied.

     **IT IS SO ORDERED.**

     DATED: This 9th day of March, 2011.

                              _____
                              UNITED STATES DISTRICT JUDGE